

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 19, 2018**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| **WFG INVESTMENTS, INC.**[1] | § | |
| | § | **Case No. 17-33580-HDH** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |

### ORDER DENYING CLAIMS OF JOHN DAVID WRIGHT

CAME ON FOR CONSIDERATION the *Objection to Claim of John David Wright* filed by WFG

Investments, Inc. ("**WFGI**"), and the *Amended Objection to Claim of John David Wright* filed by Dennis

Faulkner, the duly appointed Liquidating Trustee (the "**Trustee**") in the above-captioned administratively

consolidated cases (collectively, "**Objection**"); and the Court, having considered the Objection, the record

in the case, and the representations of counsel for the Trustee at the hearing, hereby finds that (i) the

Objection was duly and properly filed and served on John David Wright ("**Claimant**") and Claimant's

counsel, (ii) Claimant has failed to file a response or otherwise reply to the Objection, (iii) Notice of the

---

[1] This case is jointly administered under Williams Financial Group, Inc.; Case No. 17-33580-HDH-11. The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Williams Financial Group, Inc. (8972); WFG Management Services, Inc. (7450); WFG Investments, Inc. (7860) and WFG Advisors, LP (9863).

hearing on the Objection was properly filed and served on Claimant and his counsel, (iv) Trustee's counsel was advised by Claimant's counsel that there was no opposition to the Objection, and (v) Neither Claimant nor his counsel appeared at the scheduled hearing on the Objection, and (vi) good and sufficient grounds exist to grant the Objection; accordingly, it is therefore,

ORDERED that the Objection is, and shall be, granted in all respects; it is further,

ORDERED that Claim No. 57-1 filed by John David Wright against WFGI is denied in full.

.

### ####### END OF ORDER #######

Submitted by:

Joe E. Marshall
TX Bar No. 13031100
Marshall Law
3131 McKinney Ave., Suite 600
Dallas, TX 75204
(214) 579-9173
jmarshall@marshalllaw.net

**Attorney for Dennis Faulkner,
Liquidating Trustee**